

## United States District Court
## Eastern District of California

| Juan Francisco Lemus Pineda | Case Number: | 1:26-cv-01213-TLN-EFB |

Plaintiff(s)

V.

| Kristi Noem, et. al. |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alejandro Epstein-Santoyo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Juan Francisco Lemus Pineda

On _____06/25/2013_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Judicial Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____02/11/2026_____    Signature of Applicant: /s/ _/s/ Alejandro Epstein-Santoyo_

**Pro Hac Vice Attorney**

Applicant's Name: Alejandro Epstein-Santoyo

Law Firm Name: Epstein-Santoyo Law

Address: 403 Highland Avenue

Suite 201

City: Somerville          State: MA          Zip: 02144

Phone Number w/Area Code: (617) 776-8111

City and State of Residence: Cambridge, Massachusetts

Primary E-mail Address: aes@epsteinsantoyolaw.com

Secondary E-mail Address: ahliexodus@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kristina McKibben

Law Firm Name: Community Justice Alliance

Address: 1809 S Street

Suite 101-291

City: Sacramento          State: CA          Zip: 95811

Phone Number w/Area Code: (888) 585-4917          Bar # CA 283047

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/12/2026

_____
JUDGE, U.S. DISTRICT COURT